UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS A. RODRIGUEZ, on behalf of himself and others similarly situated,

        Plaintiff,

   -against-

CALVIN KLEIN, INC., and PVH CORPORATION,

        Defendants.

Civ. No. 1:15-cv-02590-JSR

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

    Plaintiff Luis A. Rodriguez hereby moves this Court for an award of attorneys' fees and costs. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declarations of John Soumilas and Adam G. Singer submitted herewith. Defendants do not contest the requested relief.

Dated:  February 1, 2016

                            Respectfully submitted,

                  BY:    _/s/ John Soumilas_
                          JAMES A. FRANCIS (*pro hac vice*)
                          JOHN SOUMILAS (*pro hac vice*)
                          LAUREN KW BRENNAN (*pro hac vice*)
                          **FRANCIS & MAILMAN, P.C.**
                          Land Title Building, 19th Floor
                          100 South Broad Street
                          Philadelphia, PA 19110
                          T: 215.735.8600
                          F: 215.940.8000
                          E: jfrancis@consumerlawfirm.com
                          E: jsoumilas@consumerlawfirm.com
                          E: lbrennan@consumerlawfirm.com

                          **LAW OFFICE OF ADAM G. SINGER, PLLC**
                          ADAM G. SINGER

60 E. 42nd Street, Suite 4600
New York, NY 10165
T: 212.842.2428
F: 212.658.9682
E: asinger2@alumni.law.upenn.edu

*Attorneys for Plaintiff and the Classes*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


Dated:   February 1, 2016            By:      */s/ John Soumilas*
                                             John Soumilas (*pro hac vice*)