UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS A. RODRIGUEZ, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>       -against-<br><br>CALVIN KLEIN, INC., and PVH CORPORATION,<br><br>            Defendants. | Civ. No. 1:15-cv-02590-JSR<br><br>**CLASS ACTION** |

## [PROPOSED] ORDER

**AND NOW,** this _____ day of _____, 2016, upon consideration of Plaintiff's unopposed Motion for Attorneys' Fees and Reimbursement of Expenses it is **HEREBY ORDERED** that Class Counsel is awarded fees and costs in the total amount of $282,000.00. Defendant shall pay such sums in accordance with the terms of the Settlement Agreement.

                                                            BY THE COURT:

                                                            _____
                                                            HON. JED RAKOFF
                                                            UNITED STATES DISTRICT JUDGE